UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BYRON INGRAM, and <br> STEVEN DUNLAP, <br> individually, and on behalf of <br> themselves and other similarly situated <br> current and former employees, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROCORE KNOXVILLE, LLC, <br> ROCORE THERMAL SYSTEMS, LLC, <br> and KELVION, INC., <br> a/k/a KELVION COMPANY, <br><br> Defendants. | No.: 3:20-cv-423-TAV-DCP |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin, on August 24, 2021 [Doc. 39]. In the R&R, Judge Poplin recommends that the Court grant plaintiffs' Motion for Fair Labor Standards Act ("FLSA") Conditional Certification [Doc. 26] to the extent that it requests conditional certification and that the parties' proposed order [Doc. 38-1] be entered. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in complete agreement with Judge Poplin's recommendations, which the Court adopts and incorporates into its ruling. As

such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 39], and plaintiffs' Motion for FLSA Conditional Certification [Doc. 26] is **GRANTED** to the extent that it requests conditional certification and that the parties' proposed order [Doc. 38-1] be entered.

    IT IS SO ORDERED.

                              s/ Thomas A. Varlan
                              UNITED STATES DISTRICT JUDGE